IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDREW W. LEVENFELD and )
HOWARD GOLDMAN, )
    Plaintiffs, )
  )
vs. ) Case No. 02 C 4735
  )
DAVID BOYD; JIM DAFFADA; NORTH ) Honorable Blanche M. Manning
MANCHESTER HOLDINGS, INC.; )
RONALD F. PREBISH IRREVOCABLE ) Magistrate Judge Mason
TRUST; LAWRENCE M. SHANE; )
RICHARD G. FANSLOW TRUST No. 314; )
CROWE, CHIZEK AND COMPANY, LLP; )
NORTH MANCHESTER FOUNDRY, INC.; )
DCI HOLDING COMPANY; PFFS, INC.; )
RONALD PREBISH; and RICHARD )
FANSLOW, )
    Defendants. )

DOCKETED
NOV 27 2002

FILED
NOV 14 2002 WT
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

To: See Attached Service List.

PLEASE TAKE NOTICE that on November 26, 2002, at 11:00 a.m., or as soon as counsel may be heard, the undersigned shall appear before the Honorable Judge Manning, Courtroom 2125 of the U.S. District Court for the Northern District of Illinois, located at 219 S. Dearborn Street, Chicago, Illinois, and will present PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST NORTH MANCHESTER HOLDINGS, INC., DCI HOLDING COMPANY, AND PFFS, INC., a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I, Barry K-Thorpe, an attorney, on oath, depose and certify that I served the foregoing to the above named parties by depositing same in the U.S. Mail located at 221 North LaSalle Street, Chicago, Illinois at 5:00 p.m., proper postage prepaid this 14TH day of November, 2002.

Barry K-Thorpe, Esq.
Levenfeld & Thorpe, LLC
221 North LaSalle - 28th Floor
Chicago, IL 60601
Telephone: (312) 782-5858

## SERVICE LIST

Gary L. Prior
Michael J. Grant
Deborah E. Decker
180 N. Lasalle St., Ste. 1510
Chicago, Il 60601

Thomas Verticchio
Patzik Frank & Samotny, Ltd.
150 S. Wacker Dr., Ste. 900
Chicago, Il 60606

Gerald B. Mullin
Richard A. Larson
Law Offices of Gerald B. Mullin, P.C.
55 E. Monroe St., Ste. 3030
Chicago, Il 60606

Shelly B. Kulwin
Jeffrey R. Kulwin
Kulwin & Associates
161 N. Clark St., Ste. 2500
Chicago, Il 60601

DCI Holding Company
North Manchester Foundry, Inc.
North Manchester Holdings, Inc.
PFFS, Inc.
**C/O David Boyd**
205 WABASH RD.
P.O. BOX 345
NORTH MANCHESTER, IN 46962

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDREW W. LEVENFELD and )
HOWARD GOLDMAN, )
     Plaintiffs, )
)
vs. ) Case No. 02 C 4735
)
DAVID BOYD; JIM DAFFADA; NORTH ) Honorable Blanche M. Manning
MANCHESTER HOLDINGS, INC.; )
RONALD F. PREBISH IRREVOCABLE ) Magistrate Judge Mason
TRUST; LAWRENCE M. SHANE; )
RICHARD G. FANSLOW TRUST No. 314; )
CROWE, CHIZEK AND COMPANY, LLP; )
NORTH MANCHESTER FOUNDRY, INC.; )
DCI HOLDING COMPANY; PFFS, INC.; )
RONALD PREBISH; and RICHARD )
FANSLOW, )
     Defendants. )

FILED
NOV 1 4 2002
NOV 2 7 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST NORTH MANCHESTER HOLDINGS, INC., DCI HOLDING COMPANY, AND PFFS, INC.

**NOW COME** the Plaintiffs ANDREW W. LEVENFELD and HOWARD GOLDMAN (hereinafter referred to as "Plaintiffs"), by and through their attorney Barry Thorpe, and request this Court to order a default judgment against Defendants North Manchester Holdings, Inc., DCI Holding Company, and PFFS, Inc. In support, Plaintiffs state as follows:

1. The original Complaint in this case was filed on July 2, 2002. Plaintiffs' First Amended Complaint, correcting errors in the original Complaint, was filed pursuant to Rule 15(a) of the Federal Rule of Civil Procedures.

2. Defendants North Manchester Holdings, Inc., DCI Holding Company, and PFFS, Inc. were served by the Wabash County Sheriff's Department on September 11, 2002.

3. Defendants North Manchester Holdings, Inc., DCI Holding Company, and PFFS, Inc. have neither filed an appearance nor an answer to Plaintiffs' Complaint.

25

4. In open court on October 31, 2002, Plaintiffs informed this Court that appearances had not been filed on behalf of Defendants North Manchester Holdings, Inc., DCI Holding Company, and PFFS, Inc., nor had such Defendants filed an answer to Plaintiffs' Complaint. Defendants Crowe, Chizek and Company, Richard Fanslow, Richard G. Fanslow Trust No. 314, Lawrence M. Shane, Ronald Prebish, Ronald F. Prebish Irrevocable Trust, David Boyd, and Jim Daffada, present in Court, raised no objections to Plaintiffs' representations to the Court.

5. Pursuant to Fed. R. Civ. P. 55, Plaintiffs' request this Court to enter a default judgment against Defendants North Manchester Holdings, Inc., DCI Holding Company, and PFFS, Inc., in the amount of $1,250,000.00, plus attorney fees and court costs. Said sum represents Plaintiffs' investment.

WHEREFORE, Plaintiffs request that this Court grant Plaintiffs' motion for default judgment against Defendants North Manchester Holdings, Inc., DCI Holding Company, and PFFS, Inc. in the amount of $1,250,000.00 plus attorney fees and court costs, and for such other relief as this Court deems just and necessary.

Respectfully submitted,

ANDREW W. LEVENFELD and HOWARD GOLDMAN

By: _____
One of Their Attorneys

Barry K-Thorpe, Esq.
Levenfeld & Thorpe, LLC
221 N. LaSalle Street 28th Floor
Chicago, Illinois 60601
(312) 782-5858